# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING U.S. PROBATION OFFICER

October 12, 2006

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

Honorable William G. Bassler, USDJ
United States District Court
Martin Luther King, Jr.,
Federal Building and U.S. Courthouse
50 Walnut Street, Room 5060
Newark, New Jersey 07102

RE:     **Omar De Jesus Villa-Alvarez**
        Docket No.: 02-00571-001
        ***Request for Early Discharge from Supervision***

Dear Judge Bassler:

On November 18, 2002, the above captioned offender was sentenced by Your Honor to 37 months imprisonment followed by four years of supervised release for the offense of Importation of More Than 100 Grams of Heroin.

On January 20, 2004, the offender was released from the Bureau of Prisons to the Southern District of Texas. According to that District, the offender has demonstrated remorse for his crime and has also been cooperative and compliant with his supervision terms and conditions. Specifically, he has completed approximately thirty-three months of his four-year supervision term without incident. He satisfied his $100 Special Assessment and his $500 fine on July 11, 2003. The offender also successfully completed outpatient drug aftercare on March 11, 2004. The offender is working and has remained crime free. *See the supporting-attached petition from the United States Probation Office, Southern District of Texas.*

Title 18 U.S.C. §§ 3564(c) and 3583(e)(1) permit the Court to terminate a term of probation in misdemeanor cases at any time and *terms of supervised release or probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice.* Taking into consideration the offender's satisfactory adjustment to supervision, our office respectfully requests that Your Honor review this matter for Early Termination.

If Your Honor concurs with same, please sign the enclosed forms and have your Deputy Clerk forward two certified copies to this office.

I am available to discuss this matter further at your convenience and can be reached at (973) 357-4183.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By:     James L. Winkler
        U.S. Probation Officer

Enclosures
cc:     Robert Holmsen, AUSA
        Lorraine Gauli-Rufo, AFPD

PROB 35
(Rev. 4/81)

**Report and Order Terminating Probation/
Supervised Release Prior to Original Expiration Date**

# United States District Court

### For The

### District of New Jersey

UNITED STATES OF AMERICA

v.

Omar De Jesus Villa-Alvarez

Crim. No.    02-00571-001

On January 20, 2004, the above named was placed on supervised release for a period of 4 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

United States Probation Officer
James L. Winkler

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ day of _____ December _____, 2006.

JOSE L. LINARES
William G. Bassler
United States District Judge